UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Anibal de Jesus Marcos Lazaro
                Plaintiff,

v.                                       Case No.: 1:25−cv−15085
                                                  Honorable LaShonda A. Hunt

Samuel Olson
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 18, 2025:

    MINUTE entry before the Honorable LaShonda A. Hunt: Petitioner Anibal de Jesus Marcos Lazaro brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging that he is being unlawfully detained during the pendency of removal proceedings. For the reasons discussed below, the Court grants Petitioner's Petition for Writ of Habeas Corpus [1] as set forth herein. Respondents are ordered to provide Petitioner with a bond hearing **by December 23, 2025, or release Petitioner from custody under reasonable conditions of supervision**. By **December 30, 2025**, the parties shall file a joint status report informing the Court as to Petitioner's release status, when Petitioner received her bond hearing, the result of the bond hearing, and any findings made by the Immigration Judge. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.